# EXHIBIT C



FROM:   (781) 475-7500

Jay Wang
425 ELIZABETH AVENUE

SOMERSET NJ 08873
US

SHIP DATE: 19APR26
ACTWGT: 7.49 LB
CAD: 263817261/FAPI2208
DIMMED: 36 X 21 X 7 IN

BILL SENDER

TO Gigi Ulysses

6 E 45th St, Fl 7

New York NY 10017
(212) 292-5390

REF:

INV:
PO:   DEPT:

(US)   58KJ442C3/484B





Ground



TRK#   8708 3263 1847

10017

9632 0019 6 (000 000 0000) 0 00 8708 3263 1847

B14



3











