# EXHIBIT D

**UNITED STATES POSTAL SERVICE®**  **USPS APIs**

usps.com

**G**  US POSTAGE

**U.S. POSTAGE PAID**
USPS Ship

Mailed from 08873

## USPS GROUND ADVANTAGE™

DEPART NT
425 ELIZABETH AVENUE
SOMERSET NJ 08873

RDC 01

GIGI ULYSSES
6 E 45TH ST, FL 7
NEW YORK NY 10017-2494

### USPS TRACKING # USPS Ship

9214 4903 5893 6705 1282 06

NABSR00000239*1 *1



A4

5







