EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

October 26, 2026

**VIA ECF**
Hon. Judge Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

**Re:** ***Volkswagen Group of America, Inc. v. SuperAuto_deal, et al.***
**Case No. 26-cv-4439 (VSB)**
**Status Letter Regarding Service**

Dear Judge Broderick,

We represent Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") in the above-referenced matter. Pursuant to the Court's Memo Endorsement Order on August 11, 2026 (*Dkt. No. 18*) (the "8/11 Order"), Plaintiff is writing to provide the Court with a status update regarding service on Guangzhou Youxu Auto Trade Co., Ltd. d/b/a Superauto_Deal and Defendant Guangzhou Shengxingjun Trading Co., Ltd. d/b/a Yuto-Parts (collectively, "Defendants").

Per Plaintiff's letters of August 10, 2026 (*Dkt. No. 17*), August 26, 2026 (*Dkt. No. 19*), and September 25, 2026 (*Dkt. No. 20*), Plaintiff has begun coordinating the process of attempting service through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention") on Defendants. More specifically, the requisite documents have been translated, and as of August 24, 2026, were transferred to China's Supreme People's Court for further processing. Plaintiff is still awaiting service results.

Per the Court's 8/11 Order, Plaintiff will provide the Court with a further update by no later than November 25, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/Kerry B. Brownlee
Kerry B. Brownlee (KB 0823)

kbrownlee@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorney for Plaintiff*
*Volkswagen Group of America, Inc.*

ip counselors